IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re KENNETH B. GIBBS,           No C-14-4200 TEH (PR)

    Plaintiff.
                                  ORDER OF DISMISSAL

_____/

In a notice dated September 17, 2014, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application. Following an extension of time, Plaintiff's complaint form and IFP application were due by December 4, 2014. To date, Plaintiff has not filed the required documents.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED    *12/16/2014*                   /s/ Thelton E. Henderson
                                              THELTON E. HENDERSON
                                              United States District Judge

G:\PRO-SE\TEH\CR.14\Gibbs 14-4200 Dismiss.wpd