IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>           Plaintiff.<br>     v.<br>LVN PETERSON, et al.,<br><br>           Defendants.<br>_____/ | No C-14-4200 TEH (PR)<br><br>ORDER OF TRANSFER |

    Plaintiff, a state prisoner currently incarcerated at California State Prison - Sacramento ("CSP-SAC"), has filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983 alleging constitutional violations against employees of CSP-SAC.

    CSP-SAC is located in Sacramento County, which lies in the Eastern District of California.  Thus, the events or omissions giving rise to Plaintiff's claims occurred in the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  <u>See</u> 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Eastern District of California.

1 | The Clerk shall transfer this matter, terminate all
2 | pending motions as moot and close the file.
3 | IT IS SO ORDERED.
4 | DATED  *01/07/2015*                    _____
5 | THELTON E. HENDERSON
    United States District Judge