UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH GIBBS,

    Plaintiff,

  v.

MACCOMBER, et al.,

    Defendants.

No. 2:15-cv-0061 KJM CKD P

<u>ORDER AND</u>

<u>FINDINGS AND RECOMMENDATIONS</u>

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Before the court for screening is plaintiff's amended complaint. <u>See</u> 28 U.S.C. § 1915A(a). After conducting the required screening, the court finds that plaintiff states viable claims arising under the Eighth Amendment against defendants Johnson and Prasinos for failure to protect plaintiff from violence and against defendant Prasinos for failure to provide plaintiff adequate medical care. Plaintiff's claims with respect to the other defendants are vague and fail to state a claim upon which relief can be granted. Accordingly, the court will order that defendants Johnson and Prasinos be served with process and recommend that all other defendants be dismissed.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Johnson and Prasinos.

2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed April 17, 2015.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Three copies of the endorsed second amended complaint filed April 17, 2015.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than defendants Johnson and Prasinos be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 31, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/gibb0061.1

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GIBBS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACCOMBER, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0061 KJM CKD P<br><br>NOTICE OF SUBMISSION OF <u>DOCUMENTS</u> |

　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　\_\_\_\_　　　completed summons form

　　　\_\_\_\_　　　completed USM-285 forms

　　　\_\_\_\_　　　copies of the _____

　　　　　　　　　Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff

3