IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KENNETH GIBBS,**

                 Plaintiff,

    **v.**

**MACCOMBER, et al.,**

                 Defendants.

Case No. 2:15-cv-0061 KJM-CKD (PC)

**ORDER**

    Good cause appearing, Defendant Prasinos' Motion for Leave to File an Amended Answer (ECF No. 49) is GRANTED. The Clerk shall file the proposed amended answer.

Dated: March 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE