1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH B. GIBBS,                          No.  2:15-cv-0061 KJM CKD P

12                  Plaintiff,

13         v.                                    ORDER

14   WARDEN MACCOMBER, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner, proceeds pro se with a civil rights complaint filed pursuant to

18   42 U.S.C. § 1983.  Pending before the court are two motions filed by plaintiff on the same date.

19   ECF Nos. 75, 76.

20          The first motion, styled as a motion to compel, requests that defendants be ordered to

21   provide plaintiff with a free copy of his deposition transcript from July 10, 2017.  ECF No. 75 at

22   1. Federal Rule of Civil Procedure 30(f)(3) provides that, "the officer must retain the

23   stenographic notes of a deposition taken stenographically or a copy of the recording of a

24   deposition taken by another method.  When paid reasonable charges, the officer must furnish a

25   copy of the transcript or recording to any party or the deponent."

26          Although plaintiff was granted leave to proceed in forma pauperis in this case, it is well

27   established that "'the expenditure of public funds [on behalf of an indigent litigant] is proper only

28   when authorized by Congress.'"  Tedder v. Odel, 890 F.2d 210, 211 (9th Cir.1989) (quoting

United States v. MacCollom, 426 U.S. 317, 321(1976)).  The expenditure of public funds for deposition transcripts is not authorized by the in forma pauperis statute or any other statute.  <u>See</u> 28 U.S.C. § 1915.  Plaintiff's request for a copy of the deposition transcript free of charge is therefore denied.

In his second motion, plaintiff requests a thirty day extension of time to comply with this court's October 10, 2017 order to supplement his interrogatory responses related to his claims for compensatory and punitive damages.  ECF No. 70.  In support of this request, plaintiff asserts that he does not have access to his property or legal materials due to his transfer to California State Prison-Los Angeles County.  ECF No. 76 at 1.  Plaintiff also indicates that United States Magistrate Judge Paul L. Abrams has already ordered CDCR officials to provide plaintiff with access to his legal property.  <u>Id.</u>  The court will grant plaintiff one last extension of time pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for good cause shown.  In addition, the court will sua sponte modify the pending discovery and scheduling order governing the deadlines for filing any additional motions to compel discovery and for filing dispositive motions as outlined below.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to compel, ECF No. 75, is denied; and,

2.  Plaintiff's motion for an extension of time to supplement his interrogatory responses, ECF No. 76, is granted;

3.  Plaintiff is required to fully respond to Interrogatory Numbers 12 and 14 of Defendant Prasinos's First Set of Interrogatories and Interrogatory Numbers 7 and 8 of Defendant Johnson's First Set of Interrogatories by November 20, 2017;

4.  Plaintiff shall also serve a verified copy of his original and supplemental interrogatory responses on defendants by November 20, 2017;

5.  The deadline to file any additional motions to compel discovery is extended to December 7, 2017 for good cause shown; and,

/////

/////

6. The deadline to file a dispositive motion is extended to January 3, 2018 for good cause shown.

Dated: November 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/gibb0061.depotranscript+36.docx